## PERRY *v.* ENSLEY and Wife.

Thursday,
June 3.

APPEAL from the *Bartholomew* Circuit Court.

*Per Curiam.*—Motion to vacate the judgment in a suit to set aside a deed as fraudulent. Motion denied.

The judgment in the case is affirmed with costs, for reasons given in *Benner* v. *Benner* (1) and *Robinson* v. *Bergan* (2), at this term.

*W. Herod* and *S. Stansifer*, for the appellant.

(1) *Ante*, 256.
(2) *Post*.